

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2022

No. 04-22-00349-CV

Scott Ralph **WHEELOCK** aka Scott Wheelock, et al.,
Appellant

v.

**KERR COUNTY**, Headwaters Groudwater Conservation District, Kerr County Emergency
Services District #2, Kerr County Lateral Roads, Upper Guadalupe River Authority, Harper
Independent School District,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 21317A
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was initially due on August 24, 2022 but was not filed. On September 12, 2022, we ordered appellant to file his brief by September 29, 2022. On September 29, 2022, appellant filed a motion for extension of time to file his brief and on September 30, 2022 appellant filed his brief. Appellant's brief arrived within the window of time permitted under the mailbox rule, rendering it timely filed. We therefore DENY AS MOOT appellant's motion for extension of time.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court